UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**EMMANUEL BROWN (#510993)**

**VERSUS**

**DARREL VANNOY, ET AL.**

CIVIL ACTION

NO. 17-0314-JWD-EWD

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 6, 2021 (Doc. 21), to which an objection was filed and considered, (Doc. 22),

**IT IS ORDERED** that that Petitioner's application for habeas corpus relief, (Doc. 1) is DENIED as untimely, and this proceeding DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that a certificate of appealability shall be DENIED if Petitioner seeks to pursue an appeal.

Signed in Baton Rouge, Louisiana, on September 7, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**